IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-MJ-00162-JAM(WBG) |
| ERNEST L. HALL, | |
| Defendant. | |

## MOTION TO SEAL COMPLAINT

Comes now the United States of America, by and through the undersigned attorneys for the Western District of Missouri and moves this Honorable Court for an Order to seal the Complaint filed in this matter on November 27, 2024, pending the arrest of the defendant, ERNEST L. HALL. In support herein, the Government states as follows:

1. Sealing the complaint in this matter pending the arrest of the defendant will preserve the integrity of the extensive investigation herein.

2. The granting of this motion does not prejudice the defendant in any fashion.

WHEREFORE, the Government prays the Court grant a motion sealing the Complaint in this matter pending the arrest of the defendant.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By /s/ *D. Michael Green*

D. Michael Green
Assistant United States Attorney
Violent Crime and Drug Trafficking Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122